


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-20-2021

| | | |
|---|---|---|
| GEORGIA M. PESTANA<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DANIELLE M. DANDRIGE<br>*Assistant Corporation Counsel*<br>Labor & Employment Law<br>Division<br>(212) 356-0889<br>ddandrig@law.nyc.gov |

September 20, 2021

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Rugg v. City of New York, et al.*
                18-CV-9762 (LAP)

Dear Judge Preska:

        I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants City of New York and New York City Police Department in the above-referenced action. I write on the behalf of plaintiff's counsel to request an adjournment of the conference scheduled for September 22, 2021. See ECF Dkt. # 54. Defendants consent to the request.

        I spoke to a paralegal in plaintiff's counsel office today who informed me that Mr. Bellovin, plaintiff's counsel, was in a car accident and injured his back. Accordingly, Mr. Bellovin would like a two week adjournment of the aforementioned conference. Mr. Bellovin is available October 12th, 14th, and 15th. The undersigned is likewise available on those dates.

        This is plaintiff's first request for an adjournment  This adjournment would not disturb any scheduled dates in this case.

        Accordingly, plaintiff respectfully requests that the conference scheduled for September 22, 2021 be adjourned to October 12th, 14th, and 15th or date more convenient for the court. The parties also jointly request that the conference be held remotely.

*The September 22 conference is adjourned to October 14 at 9:00 am.*

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/20/21

                                                  Respectfully submitted,

                                                  */s/ Danielle M. Dandrige*
                                                  Danielle M. Dandrige
                                                  Assistant Corporation Counsel

cc:    Marshall Bellovin (via ECF)
       BALLON STOLL BADER &
       NADLER, P.C.
       Attorneys for plaintiff