UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARL RUGG,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>                    Defendants. | 18 Civ. 9762 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for October 14, 2021 at 9:00 a.m. will occur as a teleconference using the following teleconference line: 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
          September 20, 2021

                                /s/ Loretta A. Preska
                                LORETTA A. PRESKA
                                Senior United States District Judge