```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| KARL RUGG,                      |                      |
|---------------------------------|----------------------|
| Plaintiff,                      | No. 18 CV 9762 (LAP) |
| -against-                       | ORDER                |
| THE CITY OF NEW YORK, ET. AL,   |                      |
| Defendants.                     |                      |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendants' motion for summary judgment. (Dkt. no. 64.) On July 6, 2022, after the parties fully briefed Defendants' motion (see dkt. nos. 65-67, 71-74), the Court heard oral arguments. For the reasons provided on the record at oral argument, the motion for summary judgment is GRANTED IN PART AND DENIED IN PART. Summary judgment is GRANTED as to the failure to promote claims (Counts VII, VIII, and IX) and the retaliation claims (Counts X, XI, and XII). Summary judgment is DENIED as to the age discrimination claims (Counts II and III).

The parties shall confer and inform the Court by joint letter no later than Wednesday July 20, 2022, how they wish to proceed.

**SO ORDERED.**

Dated:   July 6, 2022
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge