UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KARL RUGG,

                      Plaintiff,

-against-

CITY OF NEW YORK, ET AL,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-9762 (LAP (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on July 21, 2022 for settlement. Dkt. No. 80. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) and provide three mutually agreeable dates for a settlement conference by **July 27, 2022**. Proposed dates should be in the last two weeks of August.

       SO ORDERED.

DATED:    New York, New York
              July 21, 2022

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge