**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KARL RUGG,

                  Plaintiff,

       -against-

CITY OF NEW YORK, ET AL,

                  Defendants.
-----------------------------------------------------------------X

                        **ORDER SCHEDULING**
                        **SETTLEMENT CONFERENCE**

                        **18-CV-9762 (LAP (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     A settlement conference in this matter is scheduled for **August 25, 2022 at 1:00 p.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  Parties must attend in-person with their counsel.  The person with decision making authority to settle the matter for each party must attend the conference or be accessible by phone or other means during the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.  Pre-conference submissions must be received by the Court no later than **August 18, 2022**.

     SO ORDERED.

DATED:    New York, New York
            July 27, 2022

                              *Jennifer E. Willis*
                            JENNIFER E. WILLIS
                            United States Magistrate Judge