UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Karl Rugg,

                    Plaintiff(s),   :

          -against-

The City of New York,

                    Defendant(s).   :

------------------------------------x

18 CV 9762 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

          Counsel shall confer and inform Judge Preska by letter no later than _March 30, 2026_ of the status of the action/remaining claims/defendants.


SO ORDERED.


_____

LORETTA A. PRESKA,

Senior U.S.D.J.


Dated: 3/23/26

New York, New York